**UNITED STATES BANKRUPTCY COURT**

**Northern District of Georgia**

In Re: Debtor(s)
**Judson Drake Harper**
P.O. Box 82454
Conyers, GA 30013

**xxx–xx–2026**

Case No.: **21–57232–pmb**
Chapter: **7**
Judge: **Paul Baisier**

**DISCHARGE OF DEBTOR(S) WITH ORDER APPROVING TRUSTEE'S REPORT OF NO DISTRIBUTION, CLOSING ESTATE AND DISCHARGING TRUSTEE**

It appearing that the debtor is entitled to a discharge, **IT IS ORDERED:** The debtor is granted a discharge under section 727 of title 11, United States Bankruptcy Code, (the Bankruptcy Code).

It further appears that the trustee in the above styled case has filed a report of no distribution and said Trustee has performed all other and further duties required in the administration of said estate; accordingly, it is hereby

**ORDERED** that the said estate is closed; that the Trustee is discharged from and relieved of said trust.

Paul Baisier
United States Bankruptcy Judge

Dated: January 10, 2022

Form 182

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION REGARDING THE BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

**EXPLANATION OF BANKRUPTCY DISCHARGE IN A CHAPTER 7 CASE**

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. [In a case involving community property: There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

This discharge does not affect any property of the estate as defined by section 541 of the Bankruptcy Code, and the automatic stay of section 362(a) of the Bankruptcy Code continues to apply to any property of the estate unless and until the automatic stay has been terminated by order of the court or expires pursuant to section 362(c) of the Bankruptcy Code. Such property remains subject to administration by the trustee on behalf of the bankruptcy estate.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts that are Not Discharged.**

Some of the common types of debts which are not discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;
b. Debts incurred to pay nondischargeable taxes (in a case filed on or after October 17, 2005);
c. Debts that are domestic support obligations;
d. Debts for most student loans;
e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;
f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;
g. Some debts which were not properly listed by the debtor;
h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;
i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.
j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (in a case filed on or after October 17, 2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**This Bankruptcy Discharge is an important document that you should retain in the event a copy is needed in the future. If you request a copy from the Clerk's Office at a later date, you will be required to pay a fee.**

United States Bankruptcy Court

Northern District of Georgia

In re: Case No. 21-57232-pmb
Judson Drake Harper Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 113E-9 User: admin Page 1 of 3
Date Rcvd: Jan 10, 2022 Form ID: 182 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 12, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Judson Drake Harper, P.O. Box 82454, Conyers, GA 30013-9436 |
| cr | + | Accelerated Inventory Mgt, LLC, Bass & Associates, P.C., 3936 E. Ft. Lowell Road, Suite #200, Tucson, AZ 85712-1083 |
| 23617792 | + | Adv. Fin./grand Pacifi, 5900 Pasteur Ct Ste 200, Carlsbad, CA 92008-7336 |
| 23617793 | + | Athens Radiology, P.O. Box 7547, Athens, GA 30604-7547 |
| 23617798 | + | Cenlar, Attn: Centralized Bankruptcy, 425 Phillips Blvd., Ewing, NH 08618-1430 |
| 23617805 | + | HIlton Grand Vacations, 6355 Mestro West Blvd, Ste 180, Orlando, FL 32835-7606 |
| 23617807 | + | Mr. Cooper, Attn: Bankruptcy, Po Box 619098, Dallas, TX 75261-9098 |
| 23617808 | + | PennyMac Loan Services, LLC, Attn: Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 23617809 | + | Piedmont Healthcare, P.O. Box 102859, Atlanta, GA 30368-2859 |
| 23617813 | + | Service Finance Company, Attn: Bankruptcy, 555 S Federal Highway, Boca Raton, FL 33432-6033 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23617794 | | EDI: BANKAMER.COM | Jan 11 2022 01:23:00 | Bank of America, Attn: Bankruptcy, Po Box 982234, El Paso, TX 79998 |
| 23617795 | + | EDI: BANKAMER.COM | Jan 11 2022 01:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 23617796 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Jan 10 2022 20:32:47 | Best Egg, 1523 Concord Pike, Suite 201, Wilmington, DE 19803-3656 |
| 23617797 | + | EDI: CAPITALONE.COM | Jan 11 2022 01:23:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 23617799 | + | EDI: CHASEAUTO | Jan 11 2022 01:23:00 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101-2076 |
| 23617801 | + | EDI: CITICORP.COM | Jan 11 2022 01:23:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 23617802 | + | EDI: CRFRSTNA.COM | Jan 11 2022 01:23:00 | Credit First National Association, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 23617803 | + | EDI: CITICORP.COM | Jan 11 2022 01:23:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 23617804 | + | EDI: DISCOVER.COM | Jan 11 2022 01:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 23617800 | | EDI: JPMORGANCHASE | Jan 11 2022 01:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 23617806 | + | EDI: LENDNGCLUB | Jan 11 2022 01:23:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2807 |
| 23617808 | + | Email/PDF: ebnotices@pnmac.com | Jan 10 2022 20:33:36 | PennyMac Loan Services, LLC, Attn: |

| | | | |
|---|---|---|---|
| | | | Correspondence Unit, Po Box 514387, Los Angeles, CA 90051-4387 |
| 23617810 | + Email/Text: newbk@Regions.com | Jan 10 2022 20:29:00 | Regions, 1900 Fifth Ave North, Birmingham, AL 35203-2670 |
| 23617811 | + Email/Text: newbk@Regions.com | Jan 10 2022 20:29:00 | Regions Bank, 1900 Fifth Ave North, Birmingham, AL 35203-2670 |
| 23617812 | + Email/PDF: resurgentbknotifications@resurgent.com | Jan 10 2022 20:32:59 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 23617814 | + EDI: RMSC.COM | Jan 11 2022 01:23:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 23617815 | + EDI: RMSC.COM | Jan 11 2022 01:23:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 23617816 | + EDI: RMSC.COM | Jan 11 2022 01:23:00 | Synchrony Bank/Ritz Camera, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 23617817 | + Email/Text: synovusbankruptcy@synovus.com | Jan 10 2022 20:29:00 | Synovus Bank, Pob 120 C, Columbus, GA 31902-0120 |
| 23617818 | + EDI: VERIZONCOMB.COM | Jan 11 2022 01:23:00 | Verizon Wireless, Attn: Bankruptcy, 500 Technology Dr, Ste 599, Weldon Springs, MO 63304-2225 |
| 23617819 | + EDI: WFFC.COM | Jan 11 2022 01:23:00 | Wells Fargo Bank NA, 1 Home Campus Mac X2303-01a, 3rd Floor, Des Moines, IA 50328-0001 |

TOTAL: 21

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 12, 2022 Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 10, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Cathy L. Scarver | trusteescarver@bellsouth.net ga06@ecfcbis.com;papc1@bellsouth.net |
| Cristina Danielle DiGiannantonio | on behalf of Creditor JPMORGAN CHASE BANK N.A. cdigiannantonio@rascrane.com, bkyecf@rasflaw.com;ras@ecf.courtdrive.com |
| Danielle J. Eliot | on behalf of Debtor Judson Drake Harper ecfdjma@gmail.com notices@uprightlaw.com;R44723@notify.bestcase.com |

Office of the United States Trustee
ustpregion21.at.ecf@usdoj.gov

Patti H. Bass
on behalf of Creditor Accelerated Inventory Mgt LLC ecf@bass-associates.com

TOTAL: 5